Palmer v City of New York (2025 NY Slip Op 03766)

Palmer v City of New York

2025 NY Slip Op 03766

Decided on June 24, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 24, 2025

Before: Webber, J.P., Friedman, Kapnick, Higgitt, Michael, JJ. 

Index No. 162271/15|Appeal No. 4629|Case No. 2024-02297|

[*1]Pamela Palmer, Plaintiff-Appellant,
v
The City of New York, Defendant, New York City Department of Transportation, et al., Defendants-Respondents, "John Doe," etc., et al., Defendants.

The City of New York, Third-Party Plaintiff,
v
Consolidated Edison Company of New York, Inc., Third-Party Defendant-Appellant.

Jonathan D'Agostino & Associates, P.C., Staten Island (Edward J. Pavia, Jr. of counsel), for Pamela Palmer, appellant.
DSR Appeals, Montrose (Daniel S. Ratner of counsel), for Consolidated Edison Company of New York Inc., appellant.
Anna J. Ervolina, MTA Law Dept, Brooklyn (Gregory A. Cascino of counsel), for respondents.

Order, Supreme Court, New York County (Richard Tsai, J.), entered on or about March 27, 2024, which granted the motion of defendants New York City Department of Transportation, New York City Transit Authority, Metropolitan Transportation Authority, and MTA Bus Company (collectively Transit Defendants) to dismiss the complaint and all cross-claims as against them, unanimously reversed, on the law, without costs, and the motion denied.
The Transit Defendants were not surprised or prejudiced by the claim that they failed to provide plaintiff with a safe place to board the bus since it was included in the notice of claim which is part of the record (see HSBC Bank USA, N.A. v Nomura Credit & Capital, Inc, 234 AD3d 485, 486 [1st Dept 2025]; Valenti v Camins, 95 AD3d 519, 522 [1st Dept 2012]; see also Kazantzis v Cascade Funding RM1 Acquisitions Grantor Trust, 217 AD3d 410, 411 [1st Dept 2023]).
We have considered the remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 24, 2025